UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 12-05268 JVS (RNBx)                    Date  January 3, 2013

Title  Patrick Collins Inc. V. John Does

Present: The Honorable   James V. Selna

Karla J. Tunis                                   Not Present
Deputy Clerk                                    Court Reporter

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                                     Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause in writing no later than **January 17, 2013** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this Order to Show Cause (OSC), on or before the above date:

__X__   Proof of service of summons and complaint

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

**The Court hereby vacates the Scheduling Conference, set for January 7, 2013, in the above referenced matter pending a response to the OSC.**

:   00

Initials of Preparer   kjt